IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 7:04CR00127-001 |
| v. | ) ORDER |
| | ) |
| FRED IRA WADE, JR. | ) By: James C. Turk |
| | ) Senior United States District Judge |

The court entered an order on March 26, 2008, purportedly reducing the defendant's sentence of imprisonment, pursuant to 18 U.S.C. § 3582(c) and the 2007 amendments to the crack cocaine sentencing guidelines. In applying the reduction, however, the court inadvertently referred to the sentence imposed in the original judgment dated July 21, 2005, instead of the amended judgment entered on July 20, 2007, in which the defendant's original sentence was reduced by sixty (60) months. Accordingly, it is **ORDERED** that the order entered on March 26, 2008, is hereby **VACATED**. The court will reassess the case and issue a new sentence reduction order soon.

The Clerk is directed to send copies of this order to the defendant at his current place of confinement, to counsel of record for the respondent, to the Office of the United States Attorney, and to the United States Marshals Service.

ENTER: This 2nd day of April 2, 2008.

_____
Senior United States District Judge