# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
APR 0 4 2008
JOHN F. CORCORAN, CLERK
BY: /s/ _____ DEPUTY CLERK

United States of America )
v. )
Fred Ira Wade, Jr. )
) Case No: 7:04CR00127-001
) USM No: 10892-084
Date of Previous Judgment: July 20, 2007 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __336__ months **is reduced to** __330 months*__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __23__        Amended Offense Level: __21__
Criminal History Category: __VI__     Criminal History Category: __VI__
Previous Guideline Range: __92__ to __115__ months    Amended Guideline Range: __77__ to __96__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

*The 36-month sentence as to Count One is hereby reduced to 30 months. Thus, the sentence now consists of 30 months as to Count One, 60 months as to Count Five, and 240 months as to Count Seven, all to be served consecutively, for a total sentence of 330 months imprisonment.

### III. ADDITIONAL COMMENTS

The factors listed in 18 U.S.C. § 3553(a) having been considered, the government's objections to the reduction are overruled.

Except as provided above, all provisions of the judgment dated __July 20, 2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 4, 2008

_/s/ James C. Turk_
Judge's signature

Effective Date: _____
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title